## METROPOLITAN SECURITIES CORPORATION as Owner of the Steam Tug Victor T. Kelly, Libelant-Appellee, v. THE STEAM TUG GEORGE S. TICE, Her Engines, etc.; Tice Towing Line, Claimant-Appellant.

Circuit Court of Appeals, Second Circuit. December 2, 1929.

No. 83.

Park, Mattison & Lynch, of New York City (Anthony V. Lynch, Jr., of New York City, of counsel), for appellant Tice Towing Line.

Macklin, Brown, Lenahan & Speer, of New York City (Edmund F. Lamb, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and MACK, Circuit Judges.

PER CURIAM. Decree [37 F.(2d) 101] affirmed.